# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 02cr571-IEG |
| Plaintiff, | Order Granting in Part Motion for Copies of Documents |
| vs. | |
| EFRAIN RAMIREZ-RAMIREZ, | |
| Defendant. | |

Defendant Efrain Ramirez-Ramirez moves the Court to provide copies of numerous documents for purposes of preparing a post-conviction motion. As an exhibit to such motion, Defendant attaches an application to proceed *in forma pauperis*, in support of his claim of indigency. The Court grants in part Defendant's motion. The Clerk is directed to provide Defendant with copies of the Indictment (Doc. 1), the Judgment and Commitment (Doc. 227), the Ninth Circuit's order remanding for resentencing (Doc. 290), and the Ninth Circuit's subsequent order affirming the conviction and sentence (Doc. 320). Defendant's motion for copies of the remaining documents is DENIED.

**IT IS SO ORDERED**.

**DATED: May 15, 2009**

*[signature]*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

02cr571